## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SE RAN CHO,<br><br>Defendant | Criminal No. 08-cr-623(PGS) |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB KIM,<br><br>Defendant. | Criminal No. 07-cr-492-01 (PGS)<br><br>**ORDER** |

The facts are as follows:

(1) Se Ran Cho (08-cr-623) and Jacob Kim (07-cr-492-01) are husband and wife;

(2) Both defendants were sentenced to imprisonment for extended periods of time and are subject to deportation;

(3) Both defendants are presently incarcerated in facilities near the courthouse, and moving them to the courthouse for a brief period is not onerous;

IT IS on this 18th day of December, 2008;

ORDERED that defendants Se Ran Cho and Jacob Kim be present on Monday, December 22, 2008 in the U.S. Marshall's facility at the Courthouse in Newark, New Jersey, and the Marshals permit defendants to meet to talk for a very brief period of time in the cell block area.

December 18, 2008

PETER G. SHERIDAN, U.S.D.J.